AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

SERVED

ROBERT M. COCHRAN, individually, and on behalf of all others similarly situated

*Plaintiff(s)*

v.

EMORTGAGE LENDING, INC., and JOHN DOES 1-10

*Defendant(s)*

Civil Action No. 3:22-cv-00429

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* EMORTGAGE LENDING, INC.
c/o REGISTERED AGENT
ULYSSES LEPE
4380 BONITA RD
BONITA, CA 91902

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Marwan R. Daher
Sulaiman Law Group, Ltd.
2500 S Highland Ave, Suite 200
Lombard, IL 60148

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: December 1, 2022

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

ROBERT M. COCHRAN,           )
                              )
    Plaintiff,                )
                              )
v.                            )     No. 3:22-cv-00429-TAV-JEM
                              )
EMORTGAGE LENDING, INC., et al., )
                              )
    Defendant.                )

## ORDER GOVERNING DEPOSITIONS

This Order Governing Depositions sets forth procedures that must be adhered to during depositions conducted in connection with actions filed in this Court.

1. Counsel shall not direct or request that a witness not answer a question, unless that counsel has objected to the question on the ground that the answer is protected by a privilege or a limitation on evidence directed by the court.

2. Counsel shall not make objections or statements which might suggest an answer to a witness. Counsel's statements when making objections should be succinct, stating the basis of the objection and nothing more.

3. Counsel and their witness-clients shall not engage in private, off-the-record conferences while the deposition is proceeding in session, except for the purpose of deciding whether to assert a privilege. Counsel may confer with their clients during midmorning, lunch, midafternoon, or overnight breaks in the deposition. However, counsel for a deponent may not request such a break while a question is pending or while there continues a line of questioning that may be completed within a reasonable time preceding such scheduled breaks.

4. Deposing counsel shall provide to the witness's counsel a copy of all documents shown to the witness during the deposition. The copies shall be provided either before the deposition begins or contemporaneously with the showing of each document to the witness. The witness and the witness's counsel do not have the right to discuss documents privately before the witness answers questions about them.

IT IS SO ORDERED.

                              s/Thomas A Varlan
                              UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| ROBERT M. COCHRAN, individually, and on behalf of all others similarly situated<br>*Plaintiff*<br>v.<br>EMORTGAGE LENDING, INC., and JOHN DOES 1-10<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 3:22-cv-00429 |

## AFFIDAVIT OF SERVICE

I, Nicole Rivera, being duly sworn, state:

I am a Private Process Server, 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents on EMortgage Lending, Inc in San Diego County, CA on December 7, 2022 at 11:50 am at 4380 Bonita Rd, Bonita, CA 91902 by leaving the following documents with Priscilla Lomeli who as Employee Authorized to Accept is authorized by appointment or by law to receive service of process for EMortgage Lending, Inc.

Summons in a Civil Action
Class Action Complaint
Order Governing Depositions, Order Governing Motions to Dismiss, and Memorandum and Order Regarding Sealing Confidential Information

Additional Description:
I delivered the documents to Priscilla Lomeli, who was authorized to accept service.

Hispanic or Latino Female, est. age 29, glasses: N, Brown hair, 160 lbs to 180 lbs, 5' 3" to 5' 6".
Geolocation of Serve: http://maps.google.com/maps?q=32.6602172852,-117.0329690585
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in   San Diego   ,
   CA   on   12/9/2022   .

/s/ *Nicole Rivera*
Signature
Nicole Rivera
(619) 227-4537

Job #207815                    Paul Pankiewicz                    Page 1